*[Handwritten annotations at top:]* USDC Arizona pass Copy

*[Filing stamp:]*
✓ FILED ___ LODGED
___ RECEIVED ___ COPY
OCT 28 2011
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

*[Second stamp:]* RECEIVED 2011 OCT -6 P 3:30 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT N.D. OF CALIFORNIA

CIV '11 2130 PHX —MHB

# UNITED STATES DISTRICT COURT

## ~~NORTHERN~~ DISTRICT OF ~~CALIFORNIA~~ Arizona

*[Handwritten:]* In Re: Serajul Haque 49 cases Re-open 3:2006-MC-8014? of USDC-NDC

| | |
|---|---|
| SERAJUL HAQUE | ) |
| Plaintiff, | ) |
| vs. *[handwritten: Secretary of Governments]* | ) CASE NO. _____ |
| BANGLADESH GOVERNMENT | ) |
| UNITED STATES GOVERNMENT | ) EMPLOYMENT DISCRIMINATION |
| CALIFORNIA GOVERNMENT | ) COMPLAINT |
| *[handwritten: Board of and County of Santa Clara Gov.]* Defendant(s). | ) |

*[Handwritten:]* for Assign case Number and Transfer it to USDC-NDC-SFD

1. Plaintiff resides at:

   Address 1001 SOUTH MAIN STREET, APT D-122

   City, State & Zip Code MILPITAS, CALIFORNIA 95035

   Phone 408-934-8744

2. *[handwritten: Lead]* Defendant is located at: *[handwritten: United States Department of]*
   *[handwritten: A Justice / USDOJ - Attorney General of U.S.A.]*
   Address *[handwritten: 950 Pennsylvania Ave. NW]*
   City, State & Zip Code *[handwritten: Washington, DC 20530-0001]*
   *[handwritten: Other Defendants per court records- In re: Serajul Haque 49 cases]*

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g). *[handwritten: and other relevants civil Rights Labor laws Act Rules, etc]*

4. The acts complained of in this suit concern:

   a. ✓ Failure to employ me.

   b. ✓ Termination of my employment.

*[handwritten: and Writ habeas Corpus Transfer from USDC-Arizona-Phoenix case 1-2006-cv-01397 AzdcE]*

Form-Intake 2 (Rev. 4/05)         - 1 -

*[handwritten circled: SL. 41 Apr. 2012]*

1      c. ✓ Failure to promote me.

2      d. ✓ Other acts as specified below.

3  CONSULTANCY TO GOVERNMENT ON REFORMS FROM 1980-2011 IS A WORK, LABOR,

4  SERVICE, OCCUPATION OF SERAJUL HAQUE-THE PLAINTIFF IS NOT YET RESPONDED BY

5  DEPT/OFFICES CONCERNED-STATUTORY DISCRIMINATION, CONTRACT COMPLAIN

6  BLACKLISTIN IN JOB, CONTRACT VIOLATION, boycott REPORTED JUDICIARY CONCERNED

7  no action/relief as found, therefore complains re filed   vide USCA-9th

8  circuits case No. 11-80159 records/docketed

9  5. Defendant's conduct is discriminatory with respect to the following:

10     a. ✓ My race or color.

11     b. ✓ My religion.

12     c. ✓ My sex.

13     d. ✓ My national origin.

14     e. ✓ Other as specified below. retaliations, Avoiding visa Terms of 1998

15     age discrimination and civil rights tort/violation reported=actions/relief required

16 6. The basic facts surrounding my claim of discrimination are:

17 vide 70 state/federal court cases-facts are already in court, awaiting due action

18 vide visa of S. Haque of 1998

19 Terms Therein.

20 Read with E-Mail

21 Messages to Judges

22 concerned from

23 

24 2006 - 2011

25 7. The alleged discrimination occurred on or about 1994-2011  .

26     (DATE)

27 8. I filed charges with the Federal Equal Employment Opportunity Commission (or the

28 California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)　　　　　　　　- 2 -

1 | discriminatory conduct on or about 1994-2011 .
2 | (DATE)
3 | 9. The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter
4 | (copy attached), which was received by me on or about 2002-2007 vide court recor .
5 | (DATE)
6 | 10. Plaintiff hereby demands a jury for all claims for which a jury is permitted:
7 | Yes ✓ No ___
8 | 11. WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,
9 | including injunctive orders, damages, costs, and attorney fees. Total $10,000,000.00
   claimed period 1980-2012 (Ten Million US Dollars)
10 |
11 | DATED: 10-06-2011     /s/ Serajul Haque
12 | 10-14-2011
13 |                        SIGNATURE OF PLAINTIFF
14 | (PLEASE NOTE: NOTARIZATION     SERAJUL HAQUE  /s/
15 | IS NOT REQUIRED.)              PLAINTIFF'S NAME   10-26-2011
16 |                                (Printed or Typed)
17 |
18 | Attorney Appointment by
19 | court required - as
20 | this case involves laws/
21 | Rules/codes/statute/
22 | constitution that Pro Se
23 | can not handle - court's
24 | Time/Resources will be wasted
25 | if No Attorney for plaintiff
26 | found and case proceeds.
27 | This claim is as per USA
28 | Term of 1998.

Form-Intake 2 (Rev. 4/05)                  - 3 -

JS 44 (Rev. 12/07) (CAND Rev 1/10)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
SERAJUL HAQUE

## DEFENDANTS
USDOJ / Attorney General of United States

**(b)** County of Residence of First Listed Plaintiff: Santa Clara
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number):
To be appointed by court / 1001 South Main St, Milpitas, CA-95035

Attorneys (If Known):

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [X] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| 110 Insurance | 310 Airplane | 362 Personal Injury— Med. Malpractice | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 315 Airplane Product Liability | 365 Personal Injury — Product Liability | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 320 Assault, Libel & Slander | 368 Asbestos Personal Injury Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | | 430 Banks and Banking |
| 140 Negotiable Instrument | 330 Federal Employers' Liability | | 630 Liquor Laws | PROPERTY RIGHTS | 450 Commerce |
| 150 Recovery of Overpayment & Enforcement of Judgment | 340 Marine | PERSONAL PROPERTY | 640 R.R. & Truck | 820 Copyrights | [X] 460 Deportation |
| 151 Medicare Act | 345 Marine Product Liability | 370 Other Fraud | 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 350 Motor Vehicle | 371 Truth in Lending | 660 Occupational Safety/Health | 840 Trademark | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | 690 Other | | 490 Cable/Sat TV |
| 160 Stockholders' Suits | 360 Other Personal Injury | 385 Property Damage Product Liability | LABOR | SOCIAL SECURITY | 810 Selective Service |
| [X] 190 Other Contract | | | [X] 710 Fair Labor Standards Act | 861 HIA (1395ff) | 850 Securities/Commodities/ Exchange |
| [X] 195 Contract Product Liability | | | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 875 Customer Challenge 12 USC 3410 |
| 196 Franchise | | | 730 Labor/Mgmt.Reporting & Disclosure Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | 740 Railway Labor Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence | 790 Other Labor Litigation | 865 RSI (405(g)) | 892 Economic Stabilization Act |
| 220 Foreclosure | [X] 442 Employment | Habeas Corpus: | 791 Empl. Ret. Inc. Security Act | | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | [X] 443 Housing/ Accommodations | [X] 530 General | | FEDERAL TAX SUITS | 894 Energy Allocation Act |
| 240 Torts to Land | 444 Welfare | 535 Death Penalty | | 870 Taxes (U.S. Plaintiff or Defendant) | [X] 895 Freedom of Information Act |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | [X] 540 Mandamus & Other | IMMIGRATION | 871 IRS—Third Party 26 USC 7609 | [X] 900 Appeal of Fee Determination Under Equal Access to Justice |
| 290 All Other Real Property | 446 Amer. w/Disabilities – Other | [X] 550 Civil Rights | [X] 462 Naturalization Application | | [X] 950 Constitutionality of State Statutes |
| | [X] 440 Other Civil Rights | 555 Prison Condition | 463 Habeas Corpus – Alien Detainee | | |
| | | | [X] 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [X] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [X] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Constitution of US / Bangladesh / CA

Brief description of cause:
reforms Report Commission and cost / Budget

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ 10,000,000 (Ten Million)
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".
Wide for Surajul Haque ____ filed 49 so far

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)
- [ ] SAN FRANCISCO/OAKLAND
- [X] SAN JOSE
- [ ] EUREKA

DATE

SIGNATURE OF ATTORNEY OF RECORD

From:
SERAJUL HAQUE
1001 S. Main St. #D-122
Milpitas, CA- 95035

RECEIVED
OCT 2 8 2011
RICHARD H. WEARE, CLERK
UNITED STATES DISTRICT COURT

U.S. POSTAGE
$0.44
95101
Date of sale
10/26/11
02  1P00
09241545

Clerk, United States District Court
Sandra Day O'Connor US Courthouse, Suite-130
401 W. Washington St., SPC-1
Phoenix, AZ 85003-2118